## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

T.P.B.,                 :   No. 75 MAP 2021

             : 

       Appellant      :   Appeal from the Order of the

             :   Commonwealth Court at No. 339

             :   MD 2018 dated September 13,

       v.            :   2021.

             : 

             : 

PENNSYLVANIA STATE POLICE,   : 

MEGAN'S LAW SECTION,      : 

             : 

       Appellee       : 

## <u>ORDER</u>

**PER CURIAM**                             **DECIDED: May 17, 2022**

      **AND NOW,** this 17th day of May, 2022, the order of the Commonwealth Court is

**AFFIRMED**. Appellant's "Application for Oral Argument," "Application for Relief" and

"Appellant's Application to Quash Under R.A.P. 1972(7)" are **DENIED**.